UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:  17-15748 |
| Donald C Wilch and Gina M Wilch | ) | (Jointly Administered) |
| | ) | Chapter: 13 |
| | ) | Honorable Deborah L. Thorne |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER GRANTING MOTION TO AUTHORIZE LOAN REFINANCING

Having read the MOTION TO AUTHORIZE LOAN REFINANCING heard the arguments of counsel, and found that due notice has been provided, the Court hereby orders as follows:

1) The Debtors are authorized to refinance the mortgage loan securing their real property located at 352 Cedar Lane, Elk Grove Village, Il 60007 according to the following terms:

Loan Amount not to exceed: $258,445
Loan term: 30 years
Loan Rate: 3.25%
Loan Payment: $1,756

2) Debtors will provide the Chapter 13 Trustee with a complete copy of the closing statement within 10 days of the closing.

Enter:

*[signature: Deborah L. Thorne]*

Honorable Deborah L. Thorne
United States Bankruptcy Judge

Dated:  February 24, 2021

**Prepared by:**

David H. Cutler, ESQ
Cutler & Associates Ltd.
4131 Main St.
Skokie IL 60076
(847) 673-8600